# 541

**No. 45384.**—Protests 563620–G, etc., of Allied Linen Industries, Inc., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45385.**—Protests 493345–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, February 11, 1941

**No. 45386.**—Protests 606064–G, etc., of Rohner Gehrig & Co. et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45387.**—Protests 51877–K, etc., of J. Ossola Co. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389 and T. D. 49302) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible substance on the outside.

**No. 45388.**—Protests 853996–G, etc., of Bakon Yeast, Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the dried brewers' yeast in question is the same as that the subject of Abstract 41736, *Ironized Yeast Co.* v. *United States* (T. D. 48570) and *United States* v. *Yick Shew Tong Co.* (25 C. C. P. A. 255, T. D. 49392).   The claim for free entry under paragraph 1669 was therefore sustained.